McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 2:05-cr-00227-MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| BENITO TOPETE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Benito Topete, through his attorney Dan Koukol, as follows:

   It is agreed that the current Status Conference date of November 1, 2007, be vacated and a new Status Conference date of November 15, 2007 at 9:00 a.m. be set.

   The continuance of the status conference is necessary because the government is in the process of producing in discovery approximately 50-100 pages of law enforcement reports and approximately 10-15 audio and video recordings relating to the defendant, and the defendant's attorney needs time to review this discovery and discuss it with the defendant.

1

Accordingly, the parties jointly request a new status conference date of November 15, 2007, and that the time period from November 1, 2007, to and including November 15, 2007 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

                                        Respectfully submitted,

Dated: October 30, 2007       /s/Dan Koukol
                                        DAN KOUKOL, ESQ.
                                        Attorney for Defendant
                                        BENITO TOPETE
                               By PAT per telephone authorization

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: October 30, 2007      /s/Phillip A. Talbert
                                        PHILLIP A. TALBERT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

                                        **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

 Dated: October 31, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE